801 SOUTH FIGUEROA STREET, 19TH FLOOR   LOS ANGELES, CALIFORNIA 90017-5556
www.sdma.com   213.426.6900 *phone*   213.426.6921 *fax*



*Mario Horwitz*
*mario.horwitz@sdma.com*

October 23, 2009

Honorable Ann Aiken
Chief U.S. District Court Judge
Wayne L. Morse U.S. Courthouse
405 East Eighth Avenue, Room 2100
Eugene, Oregon 97401

Re:     *Huggins v. Stryker Corp.,* et al., U.S. District Court Case No. CV07-1671-AA

### October 1, 2009 Order clarifying disclosure of Dr. Matsen's University of Washington records

Dear Judge Aiken:

We received the Court's October 1 Order clarifying the Supplemental Protective Order entered September 22, 2009 in McClellan and Addis, and write simply to confirm that the term "expert(s)" now includes expert consultants (Huggins, 6:07-cv-1671, Order 10/1/09, Doc. No. 206).

The Williams Love office and my office informally reached this understanding prior to the Court's clarification because defendant Stryker has yet to disclose testifying "expert witnesses" in its oldest cases, Huggins and Butler. The disclosure date in those cases is December 4, 2009, and Stryker experts who address the Matsen U of W records are, at this stage, consulting experts who may not ultimately testify.

We will proceed on the foregoing basis and thank the Court for its attention.

Very truly yours,

Mario Horwitz
Sedgwick, Detert, Moran & Arnold LLP

Honorable Ann Aiken
October 23, 2009
Page 2

cc: Jeffrey B. Wihtol, Esq., Law Office of Jeffrey B. Wihtol
     Michael L. Williams, Esq. and Leslie W. O'Leary of Williams Love O'Leary & Powers P.C.
     John Hayes, Esq., and Patrick Middleton, Esq., of Forsberg & Umlauf, P.S.
     Scott Meyer, Esq. of Mitchell Lang & Smith
     Roger G. Perkins, Esq. and Sara Thomas Skocilich, Esq. of Morris Polich & Purdy, LLP
     Heather J. Van Meter, Esq. and Eric J. Neiman, Esq. of Williams Kastner & Gibbs PLLC
     Geoffrey M. Coan, Esq. and Maynard M. Kirpalani, Esq. of Wilson Elser LLP
     Frederick H. Fern, Esq., Pamela B. Goldsmith, Esq., Judi Abbott Curry of Harris Beach
     Robert Beatty-Walters, Esq., Miller & Wagner, LLP
     David K. Miller, Esq., Miller & Wagner, LLP