Michael L. Williams, OSB No. 78426
mwilliams@wdolaw.com
Leslie W. O'Leary, OSB No. 99090
loleary@wdolaw.com
Thomas B. Powers, OSB No. 98393
tpowers@wdolaw.com
Linda C. Love, OSB No. 81299
llove@wdolaw.com
Heather A. Brann, OSB No. 040495
hbrann@wdolaw.com
WILLIAMS LOVE O'LEARY & POWERS, P.C.
9755 SW Barnes Road, Suite 450
Portland, Oregon 97225-6681
Telephone:  (503)295-2924
Facsimile :  (503)295-3720

Laura B. Kalur, OSB No. 02342
lbkalur@kalurlaw.com
KALUR LAW OFFICE
9755 SW Barnes Road, Suite 450
Portland, OR 97225-6681
Telephone: (503) 595-4145
Facsimile: (503) 295-3720

Of Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

| | |
|---|---|
| **CALEB HUGGINS**, | Case No. 07-CV-1671 AA |
| Plaintiff, | **NOTICE OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' COMBINED MOTIONS TO EXCLUDE PLAINTIFFS' EXPERTS ON GENERAL CAUSATION PURSUANT TO FED. R. EVID. 702 AND** *DAUBERT* |
| v. | |
| **STRYKER CORPORATION**, and **STRYKER SALES CORPORATION**, Michigan Corporations; **MCKINLEY MEDICAL, L.L.C.**, a Colorado Corporation; **MOOG, INC.**, a New York Corporation; A**STRAZENECA PLC**, a United Kingdom Corporation; **ASTRAZENECA PHARMACEUTICALS LP**, a Delaware Corporation; **ASTRAZENECA LP**, a Delaware Corporation; and **ZENECA HOLDINGS, INC.**, a Delaware Corporation, | |
| Defendants. | |

Page 1 – NOTICE OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' COMBINED MOTIONS TO EXCLUDE PLAINTIFFS' EXPERTS ON GENERAL CAUSATION PURSUANT TO FED. R. EVID. 702 AND DAUBERT

106257_1.DOC

| | |
|---|---|
| **CHRISTINA MCCLELLAN,** | Case No. 07-CV-1309 AA |
| Plaintiffs, | |
| v. | |
| **I-FLOW CORPORATION**, a Delaware Corporation; **DJO, LLC**, a Delaware Corporation; **DJO, INCORPORATED**, a Delaware Corporation; and **PACIFIC MEDICAL, INC.,** a California corporation, | |
| Defendants. | |
| **GORDON J. ADDIS,** | Case No. 07-CV-1318 AA |
| Plaintiffs, | |
| v. | |
| **MCKINLEY MEDICAL, L.L.C.**, a Colorado Corporation; **MOOG, INC.**, a New York corporation; **DJO INCORPORATED,** a Delaware Corporation; **DJO, LLC**, a Delaware Corporation; **PACIFIC MEDICAL, INC.,** a California corporation, **CURLIN MEDICAL, L.L.C.**, a California corporation; and **CURLIN MEDICAL, INC.**, a Delaware Corporation, | |
| Defendants. | |
| **DANNY E. ARVIDSON** and **ANN E. ARVIDSON** as husband and wife; and **MARCY J. LANDOLFO**, | Case No. 08-CV-478 AA |
| Plaintiffs, | |
| v. | |
| **DJO, LLC**, a Delaware Corporation; **DJO, INC., f/k/a  DJ ORTHOPEDICS, INC**., a Delaware Corporation;  **I-FLOW INC.**, a Delaware Corporation; **MCKINLEY MEDICAL, L.L.C.**, a Colorado Corporation; **MOOG, INC.**, a New York Corporation; **ASTRAZENECA PLC**, a United Kingdom Corporation; **ASTRAZENECA PHARMACEUTICALS LP**, a Delaware Corporation; **ASTRAZENECA LP**, a Delaware Corporation; **ZENECA HOLDINGS, INC.**, a Delaware Corporation; and **PACIFIC** | |

Page 2 – NOTICE OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' COMBINED MOTIONS TO EXCLUDE PLAINTIFFS' EXPERTS ON GENERAL CAUSATION PURSUANT TO FED. R. EVID. 702 AND DAUBERT

106257_1.DOC

**MEDICAL, INC.**, a California Corporation; **B. BRAUN MEDICAL, INC.**, a Pennsylvania corporation; and **CURLIN MEDICAL, INC.**, a Delaware corporation,

      Defendants.

**JOHN ERIC BUTLER**,                Case No.: 08-cv-00588 AA

      Plaintiff,

      v.

**STRYKER CORPORATION**, and **STRYKER SALES CORPORATION**, Michigan Corporations; **MCKINLEY MEDICAL, L.L.C.**, a Colorado Corporation; **MOOG, INC.**, a New York Corporation; **CURLIN MEDICAL, INC.**, a Delaware Corporation; **ASTRAZENECA PLC**, a United Kingdom Corporation; **ASTRAZENECA PHARMACEUTICALS LP**, a Delaware Corporation; **ASTRAZENECA LP**, a Delaware Corporation; **ZENECA HOLDINGS, INC.**, a Delaware Corporation; and **HOSPIRA, INC.**, a Delaware Corporation,

      Defendants.

**ERIC J. SCHOENBORN** and **SUZANNE G. SCHOENBORN**,         Case No. 08-CV-1419 AA

      Plaintiffs

      v.

**STRYKER CORPORATION**, and **STRYKER SALES CORPORATION**, Michigan Corporations,

      Defendants.

**ELIZABETH D. CRONIN**,              Case No. 09-CV-146 AA

      Plaintiff,

      v.

**I-FLOW, CORPORATION,** a Delaware Corporation,

Page 3 – **NOTICE OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' COMBINED MOTIONS TO EXCLUDE PLAINTIFFS' EXPERTS ON GENERAL CAUSATION PURSUANT TO FED. R. EVID. 702 AND DAUBERT**

|  |  |
|---|---|
| Defendant. |  |
| **TAMARA L. FOLKMAN**, | Case No.: 09-CV-342 AA |
| Plaintiff |  |
| v. |  |
| **DJO, LLC,** a Delaware Corporation; **DJO, INC., f/k/a DJ ORTHOPEDICS, INC.**, a Delaware Corporation; **MCKINLEY MEDICAL, L.L.C.**, a Colorado Corporation; **MOOG, INC.**, a New York Corporation; **CURLIN MEDICAL, INC.**, a Delaware Corporation; and **PACIFIC MEDICAL, INC.**, a California Corporation, |  |
| Defendants. |  |
| **IVY LEE Y. NATIVIDAD** and **STEVE NATIVIDAD**, | Case No. 09-CV-378 AA |
| Plaintiffs, |  |
| v. |  |
| **STRYKER CORPORATION**, and **STRYKER SALES CORPORATION**, Michigan Corporations, |  |
| Defendants. |  |

TO: THE COURT AND ALL PARTIES

Plaintiffs hereby give notice that they rely on the *Opposition to Defendants' Combined Motions to Exclude Plaintiffs' Experts On General Causation Pursuant To Fed. R. Evid. 702 and Daubert*, *Declarations* and *Exhibits* filed in filed by plaintiffs in *Donnell Cox, et al. v. DJO, LLC, et al,* Case No.: 6:07-cv-01310-AA.

Dated: October 27, 2009.

                                                Respectfully submitted,

                                                By: s/Michael L. Williams
                                                       Michael L. Williams, OSB No. 78426
                                                       Leslie W. O'Leary, OSB No. 99090
                                                       Thomas B. Powers, OSB No. 98393
                                                       Linda C. Love, OSB No. 81299
                                                       Heather A. Brann, OSB No. 040495

Page 4 – NOTICE OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' COMBINED MOTIONS TO EXCLUDE PLAINTIFFS' EXPERTS ON GENERAL CAUSATION PURSUANT TO FED. R. EVID. 702 AND DAUBERT

106257_1.DOC

                WILLIAMS LOVE O'LEARY & POWERS, P.C.
                9755 SW Barnes Road, Suite 450
                Portland, OR 97225-6681
                Telephone: (503) 295-2924
                Facsimile: (503) 295-3720

                Laura B. Kalur, OSB No. 023424
                KALUR LAW OFFICE
                9755 SW Barnes Road, Suite 450
                Portland, OR 97225-6681
                Telephone: (503) 595-4145
                Facsimile: (503) 295-3720

                Of Attorneys for Plaintiffs

Page 5 – NOTICE OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' COMBINED MOTIONS TO EXCLUDE PLAINTIFFS' EXPERTS ON GENERAL CAUSATION PURSUANT TO FED. R. EVID. 702 AND DAUBERT

106257_1.DOC

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served electronically via the Court's electronic filing system on the 27th day of October, 2009, according to this Court's provision for service on the following:

Jeffrey Eden, Esq.
jeff.eden@bullivant.com
Stephen F. Deatherage, Esq.
Stephen.deatherage@bullivant.com
Emilie K. Edling, Esq.
emilie.edling@bullivant.com
BULLIVANT HOUSER BAILEY, PC
888 SW Fifth Avenue, Suite 300
Portland, OR 97204

Robert Maloney, Esq.
maloneyr@lanepowell.com
Benjamin Souede, Esq.
souedeb@lanepowell.com
Lane Powell, PC
601 SW Second Ave., Suite 2100
Portland, OR 97204-3138

Kevin Costello, Esq.
kevin.costello@sdma.com
Mario Horwitz, Esq.
mario.horwitz@sdma.com
Ralph A. Campillo, Esq.
ralph.campillo@sdma.com
Christopher P. Norton, Esq.
christopher.norton@sdma.com
Arameh Zargham, Esq.
arameh.zargham@sdma.com
Wendy A. Tucker, Esq.
wendy.tucker@sdma.com
SEDGWICK DETERT MORAN & ARNOLD
801 S. Figueroa Street, 18th Floor
Los Angeles, CA 90017-5356

*Attorney for Stryker Corporation and Stryker Sales Corporation*

Heather J Van Meter, Esq.
hvanmeter@williamskastner.com
Eric J. Neiman, Esq.
eneiman@williamskastner.com
Williams Kastner & Gibbs PLLC
888 SW 5th Ave Ste 600
Portland OR 97204

Roger G. Perkins, Esq.
rperkins@mpplaw.com
Sara Thomas Skocilich. Esq.
sthomas@mpplaw.com
Morris Polich & Purdy, LLP
501 West Broadway, Suite 500
San Diego, CA 92101

Scott Meyer, Esq.
smeyer@mls-law.com
William Kelly Olson, Esq.
kolson@mls-law.com
Mitchell Lang & Smith
2000 One Main Place
101 SW Main
Portland, OR 97204

Paul J. Cosgrove, Esq.
pcosgrove@ulmer.com
Jennifer Hageman, Esq.
jhageman@ulmer.com
Ulmer & Berne, LLP
600 Vine Street Suite 2800
Cincinnati, OH 45202-2409

*Attorneys for DJO, Inc.; and DJO, LLC*

Jay Beattie, Esq.
jbeattie@lindsayhart.com
Paul Silver, Esq.
psilver@lindsayhart.com
Lindsay Hart Neil & Weigler, LLP
1300 SW Fifth Avenue, Suite 3400
Portland, OR 97201-5696

Page 6 – NOTICE OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' COMBINED MOTIONS TO EXCLUDE PLAINTIFFS' EXPERTS ON GENERAL CAUSATION PURSUANT TO FED. R. EVID. 702 AND DAUBERT
106257_1.DOC

Geoffrey M. Coan, Esq.
Geoffrey.coan@wilsonelser.com
Maynard M. Kirpalani, Esq.
Maynard.kirpalani@wilsonelser.com
Heidi Wolmuth, Esq.
Heidi.Wolmuth@wilsonelser.com
Wilson Elser LLP
260 Franklin St., 14th Floor
Boston, MA 02110

*Attorneys for I-Flow Inc.*

Frederick H. Fern, Esq.
ffern@harrisbeach.com
Judi Abbott Curry, Esq.
jcurry@harrisbeach.com
Eric H. Lindenman
elindenman@harrisbeach.com
Pamela B. Goldsmith, Esq.
pgoldsmith@harrisbeach.com
Harris Beach, PLLC
100 Wall Street, 23rd Floor
New York, NY  10005

*Attorneys for Curlin Medical, Inc.;
McKinley Medical L.L.C. and Moog, Inc.*

Kim Schmid, Esq.
kim.schmid@msp.bowmanandbrooke.com
Bowman and Brooke LLP
150 S Fifth Street Suite 3000
Minneapolis, MN 55402

*Attorney for Breg, Inc.*

John Hayes, Esq.
jhayes@forsberg-umlauf.com
Patrick G. Middleton, Esq.
kmorris@forsberg-umlauf.com
Forsberg & Umlauf, P.S.
901 Fifth Avenue, Suite 1700
Seattle, WA 98164

Scott Meyer, Esq.
smeyer@mls-law.com
William Kelly Olson, Esq.
kolson@mls-law.com
Mitchell Lang & Smith
2000 One Main Place
101 SW Main
Portland, OR  97204

*Attorneys for Pacific Medical, Inc.*

WILLIAMS LOVE O'LEARY & POWERS, P.C.

s/Michael L. Williams
Michael L. Williams, OSB No. 78426
mwilliams@wdolaw.com

Page 7 – NOTICE OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' COMBINED MOTIONS TO EXCLUDE PLAINTIFFS' EXPERTS ON GENERAL CAUSATION PURSUANT TO FED. R. EVID. 702 AND DAUBERT
106257_1.DOC